ANGELA E. MOLONEY, Respondent, v. JOHN J. SCHWARTZ, Appellant.— Order modified by striking out the provision " that the cause maintain its position on the trial calendar for the February Term, 1919," on the ground that it was beyond the court's power and imposed a penalty upon the defendant for a favor granted to the plaintiff (*Bertman* v. *Neisner*, 177 App. Div. 442, 443), and as so modified affirmed, without costs. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

PETERSON-HENRY MANUFACTURING COMPANY, INC., Appellant, v. LEO FRANK, Doing Business as FRANK & COMPANY, Respondent.— Order in so far as appealed from affirmed, without costs. The trial having been specially set for a fixed day for the convenience of witnesses from a distance, required the attorney to retain counsel who was not already otherwise engaged for that same time, or at least that the cause should not have been answered ready when such trial counsel was required by the practice of the Appellate Division of the First Department then to be in attendance before that court. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

EDITH Y. PRICE, Respondent, v. GEORGE H. PERRY, as Executor, etc., of EPHRAIM A. WALKER, Deceased, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARA C. FULLER and Others, Respondents, v. JAMES W. TOMPKINS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

PROSPER SIESEL, Respondent, v. HENRY C. HEISSENBUTTEL and FRANK H. HEISSENBUTTEL, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

ELMORE T. WILLSEA and ELEANOR C. WILLSEA, Appellants, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN Respondents.— Judgment unanimously affirmed, with costs, on authority of *Cushman* v. *New York Central Railroad Co.* (*ante*, p. 899), decided herewith; and findings modified as indicated in our decision in *Moenig* v. *New York Central Railroad Co.* (187 App. Div. 323). Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ. Order to be settled before Mr. Justice Blackmar.

WILLIAM ZEH, Respondent, v. FANNY ZEH, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of awarding to the defendant $100 counsel fee. When the wife is the defendant in an action for divorce on the ground of adultery and denies the allegation under oath, in the absence of proof that she is guilty of the act, which does not appear in this case, and upon showing her need therefor, she is entitled to at least counsel fee. Rich, Putnam, Blackmar and Jaycox, JJ., concurred; Jenks, P. J., not voting.